**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

MOTION INFORMATION STATEMENT

Docket Number(s): 25-2487(L), 25-2503(XAP)  _____ Caption [use short title] _____

Motion for: Emergency Motion for Extension of Deadline

of Defendants-Appellees-Cross-Appellants' Opening

Brief

Set forth below precise, complete statement of relief sought:

Defendants-Appellees-Cross-Appellants request a

14-day extension of time in which to file their opening

brief.

# Wang v. Sussman

**MOVING PARTY:** New York Media LLC, Vox Media, LLC, Sammy Sussman     **OPPOSING PARTY:** Liang Wang

- [ ] Plaintiff
- [ ] Defendant
- [ ] Appellant/Petitioner
- [x] Appellee/Respondent

**MOVING ATTORNEY:** Katherine M. Bolger     **OPPOSING ATTORNEY:** Alan Lewis

[name of attorney, with firm, address, phone number and e-mail]

Davis Wright Tremaine LLP     Carter Ledyard & Milburn LLP

1251 Avenue of the Americas, 42nd Floor     28 Liberty St., 41st Floor

New York, NY 10020     New York, NY 10005

Court- Judge/ Agency appealed from: Southern District of New York, Hon. Arun Subramanian

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
- [x] Yes
- [ ] No (explain): _____
_____

Opposing counsel's position on motion:
- [x] Unopposed
- [ ] Opposed
- [ ] Don't Know

Does opposing counsel intend to file a response:
- [ ] Yes
- [x] No
- [ ] Don't Know

Is oral argument on motion requested?
- [ ] Yes
- [x] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?
- [ ] Yes
- [x] No  If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?
- [ ] Yes
- [x] No

Has this relief been previously sought in this court?
- [ ] Yes
- [x] No

Requested return date and explanation of emergency: _____
Return date requested on April 20, 2026.  Unexpected family emergency.
_____
_____
_____

**Signature of Moving Attorney:**

Katherine M. Bolger _____     **Date:** 04/17/2026     Service by: [x] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

LIANG WANG,

> *Plaintiff-Appellant-
> Cross-Appellee,*

v.

SAMMY SUSSMAN, et al.,

> *Defendants-Appellees-
> Cross-Appellants.*

Nos. 25-2487(L), 25-2503(XAP)

**DEFENDANTS-APPELLEES-CROSS-APPELLANTS' EMERGENCY
MOTION FOR EXTENSION OF DATE TO FILE OPENING BRIEF**

Pursuant to Second Circuit Local Rules 27.1(d) and 27.1(f) Defendants-Appellees-Cross-Appellants New York Media LLC, Vox Media, LLC, and Sammy Sussman respectfully request a 14-day extension of time, through and including May 6, 2026, to file their opening brief. Counsel for Plaintiff-Appellant-Cross-Appellee Liang Wang consents to the requested extension, and there is good cause for the extension.

1. Defendants-Appellees-Cross-Appellants' opening brief is due April 22, 2026.

2. Defendants-Appellees-Cross-Appellants' requested 14-day extension would extend that deadline to May 6, 2026.

3. Good cause for the extension exists for the following reasons: Counsel for Defendants-Appellees-Cross-Appellants have recently had unexpected and

1

emergent family obligations arise, including travel and a serious illness. In addition, Counsel Katherine M. Bolger has a hearing on April 22, 2026, as well as briefs due on April 17, 2026 and April 20, 2026.

4. Per Local Rule 27.1(d), the emergency consists of the aforementioned family obligations, and significant harm would befall counsel and their clients if the extension were not granted to allow sufficient time to finish work on the brief amidst these unexpected family events.

5. The requested extension is modest and will not prejudice this Court or any party.

6. Defendants-Appellees-Cross-Appellants have not requested any previous briefing extensions in this matter.

7. Counsel for Defendants-Appellees-Cross-Appellants has conferred with counsel for Plaintiff-Appellant-Cross-Appellee Liang Wang, and Wang's counsel has represented that he consents to this request.

For the foregoing reasons, Defendants-Appellees-Cross-Appellants respectfully request that the Court grant the motion to extend the deadline for the filing of their opening brief to and including May 6, 2026. Given that this is an emergency motion, Defendants-Appellees-Cross-Appellants respectfully request that the Court respond by Monday, April 20, 2026.

Dated: April 17, 2026

Respectfully submitted,


By: */s/ Katherine M. Bolger*
Katherine M. Bolger
Mary E. Goetz
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020-1104
Phone: (212) 489-8230
Fax: (212) 489-8340
Email: katebolger@dwt.com
       marygoetz@dwt.com


*Attorneys for Defendants-Appellees-Cross-Appellants*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate procedure 27(d)(1)(E), the undersigned certifies that this motion complies with the applicable typeface, type style, and type-volume limitations. In accordance with Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6), this motion was prepared using a proportionally spaced type (Times New Roman, 14-point font). In accordance with Federal Rule of Appellate Procedure 27(d)(2)(A), this motion contains 475 words. This certificate was prepared in reliance on the word-count function of the word-processing system used to prepare this motion.

Dated: April 17, 2026

*/s/ Katherine M. Bolger*
Katherine M. Bolger

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2026, I caused a copy of this motion to be served via ECF on all counsel of record.

*/s/ Katherine M. Bolger*
Katherine M. Bolger
