# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of April, two thousand twenty-six.

---

Liang Wang,

      Plaintiff - Appellant-Cross-Appellee,

  v.

Sammy Sussman, et al.

      Defendants - Appellees-Cross-Appellants.

---

**ORDER**

Docket Nos. 25-2487 (L), 25-2503 (XAP)

IT IS HEREBY ORDERED that Appellees-Cross-Appellants' motion to extend time to file their brief is DENIED as moot in light of the timely filing of the brief on April 22, 2026.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court