**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

_____

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of May, two thousand twenty-six,

_____

Liang Wang,

        Plaintiff - Appellant-Cross-Appellee,

  v.

Sammy Sussman, Vox Media, LLC, New York Media, LLC,

        Defendants - Appellees-Cross-Appellants.

_____

**ORDER**
Docket No. 25-2487(L), 25-2503(XAP)

     Appellant-Cross-Appellee Liang Wang has filed a scheduling notification, pursuant to the Court's Local Rule 31.2, setting June 22, 2026 as the response-and-reply brief filing date.

     The scheduling notification hereby is so ordered.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

