**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 25-2487(L), 25-2503 (XAP)        Caption [use short title]

**Motion for:** Joint Motion for Extension of Briefing Schedule

Wang v. Sussman

Set forth below precise, complete statement of relief sought:

Plaintiff-Appellant-Cross-Appellee requests a 9-day extension of time

to file his response and reply brief. Defendants-Appellees-Cross-Appellants

request a 30-day extension of time to file their reply brief.

**MOVING PARTY:** Joint Motion                **OPPOSING PARTY:**

☐ Plaintiff            ☐ Defendant

■ Appellant/Petitioner      ■ Appellee/Respondent

**MOVING ATTORNEY:** Alan S. Lewis      **OPPOSING ATTORNEY:**

[name of attorney, with firm, address, phone number and e-mail]

Carter Ledyard & Milburn LLP          Davis Wright Tremaine LLP

28 Liberty St., 41st Floor            1251 Avenue of the Americas, 42nd Floor

New York, New York 10005             New York, New York 10020

Court- Judge/ Agency appealed from: Southern District of New York, Hon. Arun Subramanian

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
■ Yes   ☐ No (explain):

Opposing counsel's position on motion:
■ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☑ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has this request for relief been made below?        ☐ Yes  ☐ No
Has this relief been previously sought in this court?   ☐ Yes  ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?   ☐ Yes  ■ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ☐ Yes  ■ No  If yes, enter date:

**Signature of Moving Attorney:**

Alan S. Lewis   Digitally signed by Alan S. Lewis
Date: 2026.06.15 17:59:10 -04'00'   **Date:** 6/15/2026      Service : ■ Electronic   ☐ Other [Attach proof of service]

**Form T-1080 (**rev. 10-23)

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

LIANG WANG,

        Plaintiff-Appellant-
        Cross-Appellee,

    v.

SAMMY SUSSMAN, et al.,

        Defendants-Appellees-
        Cross-Appellants.

Nos. 25-2487(L), 25-2503(XAP)

### JOINT MOTION OF PLAINTIFF-APPELLANT-CROSS-APPELLEE AND DEFENDANTS-APPELLEES-CROSS-APPELLANTS FOR EXTENSION OF BRIEFING SCHEDULE

In accordance with Second Circuit Local Rule 27.1(f), Plaintiff-Appellant-Cross-Appellee, Liang Wang, and Defendants-Appellees-Cross-Appellants, New York Media LLC, Vox Media, LLC, and Sammy Sussman jointly request an extension of the parties' briefing schedule.

Mr. Wang's response and reply brief is due on June 22, 2026, and his request would extend this deadline by nine days to July 1, 2026. Mr. Wang makes this request due to an unforeseen family crisis that will take an integral member of the appellate team out of the office and significantly interfere with counsel's work on the brief. Both Mr. Wang and his counsel will be harmed absent this modest extension.

4923-1864-5941.v1

Defendants-Appellees-Cross-Appellants' reply brief is due on July 14, 2026, and their request would extend this deadline to August 13, 2026. This request is made to accommodate Mr. Wang's request for an extension of time to file his response and reply.

Mr. Wang has not made any other requests for an extension in this matter. Defendants-Appellees-Cross-Appellants have made one emergency request for an extension, which was denied as moot due to timely filing of their brief.

For the abovementioned reasons, Plaintiff-Appellant-Cross-Appellee and Defendants-Appellees-Cross-Appellants jointly respectfully request that this Court grant their motion to extend Mr. Wang's time to file his reply and response brief to July 1, 2026, and Defendants-Appellees-Cross-Appellants' time to file their reply brief to August 13, 2026.

Dated: New York, New York
      June 15, 2026

CARTER LEDYARD & MILBURN LLP

By:       */s/ Alan S. Lewis*
       Alan S. Lewis
       Madelyn K. White
       28 Liberty Street
       New York, NY 10005
       Tel.: (917) 533-2524

       *Attorneys for Plaintiff-Appellant-Cross-Appellee*

2

4923-1864-5941.v1

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B), the word limit of Local Rule 32.1(a)(4) (A) because this document contains 224 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point font Time New Roman.

Dated: New York, New York
June 15, 2026

CARTER LEDYARD & MILBURN LLP

By: _____*/s/ Alan S. Lewis*_____
Alan S. Lewis
28 Liberty Street
New York, NY 10005
Tel.: (917) 533-2524

*Attorneys for Plaintiff-Appellant-Cross-Appellee*

3

4923-1864-5941.v1